*MADE JS-6*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARTER ADJUSTMENTS CORPORATION,<br><br>    *Plaintiff,*<br><br>vs.<br><br>EPSILON ELECTRONICS, INC., et al.,<br><br>    *Defendants.* | CASE NO.: CV 11-2906-GW(AGRx)<br><br>**ORDER DISMISSING ACTION** |

GOOD CAUSE appearing therefore,

IT IS HEREBY ORDERED that this action is dismissed, with prejudice, with all parties agreeing to waive their entitlement to costs and fees from one another.

DATED: February 29, 2012

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT COURT JUDGE

1